974 A.2d 1144

**Sidney MARTIN, Petitioner**

v.

**DEPARTMENT OF CORRECTIONS STATE CORRECTIONAL INSTITUTION CAMP HILL, JEFFREY BEARDS [SIC], et al., Respondent.**

**No. 154 EM 2008.**

Supreme Court of Pennsylvania.

March 10, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of March, 2009, the Application to File Appeal *Nunc Pro Tunc* is **DENIED.**

---

974 A.2d 1144

**Mozaina KOBAISY and Mohammad Assam Daghestani**

v.

**SP INDUSTRIES, INC., Wilmad Labglass and Wilmad Labglass Glass Company.**

**Petition of SP Industries, Inc.**

**No. 51 EM 2009.**

Supreme Court of Pennsylvania.

June 10, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of June, 2009, the Petition for Review and the "Application for Leave of Court to Submit A Reply Brief" are **DENIED.**